UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ETUATE SEKONA,

          Plaintiff,

    v.

E. HOLOWITZ, et al.,

          Defendants.

No.  2:16-cv-0608 CKD P

ORDER

On April 11, 2016, plaintiff's complaint was dismissed, and he was granted thirty days to file an amended complaint.  (ECF No. 7.)  Plaintiff was advised that failure to timely amend would result in dismissal of this action.  (Id.)  The thirty days has passed, and plaintiff has not filed an amended complaint.  Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action.  (ECF No. 6.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  May 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/seko0608.fta

1