UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | No. 2:16-cv-0608 CKD P |
| Plaintiff, | |
| v. | ORDER |
| E. HOLOWITZ, et al., | |
| Defendants. | |

On June 6, 2016 and June 28, 2016, plaintiff filed proposed amended complaints. (ECF Nos. 13 & 14.) This civil rights action was closed on May 25, 2016. (ECF No. 10.) Plaintiff is advised that documents filed since the closing date will be disregarded, and no orders will issue in response to future filings. As this action was dismissed without prejudice, plaintiff may assert his claims in a new civil rights action if he so chooses.

Dated: November 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / seko0608.58

1